## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMIE HEUTON, Individually, and as Administrator of the ESTATE OF ANDREW HEUTON, and as Next Friend of A.H., a minor, ASHLEY HEUTON, and ANDREW HEUTON, JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, TRAVIS D. JORDAN, D.O., INSPIRE ENT AND PULMONOLOGY, P.A., ERIC B. PURDOM, D.O., and MICHELLE R. FINCHAM, M.D., <br><br> Defendants. | Case No: 24-cv-2065-DDC-TJJ |

### ORDER

This matter is before the Court on Plaintiff Jamie Heuton's Application for Appointment of Next Friend (ECF No. 5). Plaintiff Jamie Heuton makes her Application for Appointment of Next Friend for her minor child, Plaintiff A.H., pursuant to Federal Rule of Civil Procedure 17(c), for the purposes of commencing and prosecuting this wrongful death action. Jamie Heuton, who is also a named plaintiff in the same action, is an adult and parent of A.H.

The Federal Rules of Civil Procedure provide for cases in which parties may sue by a "next friend" or guardian ad litem.[1] Rule 17(c) provides as follows:

> (c) Minor Incompetent Person.
>
> > (1) With a Representative. The following representatives may sue or defend on behalf of a minor or an incompetent person:

---

[1] Fed. R. Civ. P. 17(c).

>> (A) a general guardian;
>
> (B) a committee;
>
> (C) a conservator; or
>
> (D) a like fiduciary.
>
> (2) Without a Representative. A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor incompetent person who is unrepresented in an action.

Applying Rule 17(c) to this case, the Court finds that Plaintiff Jamie Heuton, as the natural mother of A.H., qualifies as a general guardian who may sue on behalf of a minor without a formal court appointment.[2] Accordingly, the Court will deny the Application for Appointment of Next Friend as moot.

**IT IS THEREFORE ORDERED** that Plaintiff Jamie Heuton's Application for Appointment of Next Friend (ECF No. 5) is **denied as moot.**

**IT IS SO ORDERED.**

Dated this 26th day of February, 2024 at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge

---

[2] *See* S.E.S. v. Galena Unified Sch. Dist. No. 499, No. 18-2042-DDC-GEB, 2018 WL 558059, at *1 (D. Kan. Jan. 25, 2018).